Form 704-8B
Rev. 1/05

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HALES, DONALD MARTIN | ) | Case No. 5-09-52042 |
| HALES, GAYL ANNE | ) | |
| | ) | |
| Debtor(s) | ) | Chapter 7 |
| | ) | |

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date: 08/19/2010    /s/ John G. Leake
                    JOHN G. LEAKE
                    P O Box 526
                    Harrisonburg, VA 22803
                    (540) 434-7425

Date: 08/19/10                                                                                                                Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 5-09-52042 - HALES, DONALD MARTIN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Infosource Lp As Agent for World Financial Network National Bank As Brylane Home<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | 000002 | 294.24 | 3.69 |
| Treasurer of Warren County<br>P.O. Box 1540<br>Front Royal, VA 22630 | 000003A | 48.92 | 0.61 |
| Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | 000004 | 183.32 | 2.30 |
| BB&T Bankruptcy<br>PO Box 1847<br>Wilson, NC 27894 | 000007 | 100.10 | 1.26 |
| ---------- Remittance Total --------------- | | 626.58 | 7.86 |

JOHN G. LEAKE, TRUSTEE

# PROPOSED DISTRIBUTION

Case Number: 5-09-52042   RK   Page 1   Date: August 19, 2010
Debtor Name: HALES, DONALD MARTIN \ HALES, GAYL ANNE

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $2,236.19 |
| | JOHN G. LEAKE COMPENSATION | Admin | Percent Paid: 100.00000 % | $559.05 | $0.00 | $559.05 | $559.05 | $1,677.14 |
| | JOHN G. LEAKE EXPENSES | Admin | Percent Paid: 100.00000 % | $57.47 | $0.00 | $57.47 | $57.47 | $1,619.67 |
| | CLERK U S BANKRUPTCY COURT | Admin | 001  Percent Paid: 100.00000 % | $260.00 | $0.00 | $260.00 | $260.00 | $1,359.67 |
| 000003B | Treasurer of Warren County | Priority | 040  Percent Paid: 100.00000 % | $539.16 | $0.00 | $539.16 | $539.16 | $820.51 |
| 000001 | American Infosource Lp As Agent for | Unsec | 070  Percent Paid: 1.25482 % | $728.39 | $0.00 | $728.39 | $9.14 | $811.37 |
| 000002 | American Infosource Lp As Agent for | Unsec | 070  Percent Paid: 1.25408 % | $294.24 | $0.00 | $294.24 | $3.69 | $807.68 |
| 000003A | Treasurer of Warren County | Unsec | 070  Percent Paid: 1.24693 % | $48.92 | $0.00 | $48.92 | $0.61 | $807.07 |
| 000004 | Sprint Nextel Correspondence | Unsec | 070  Percent Paid: 1.25464 % | $183.32 | $0.00 | $183.32 | $2.30 | $804.77 |
| 000005 | Recovery Management Systems Corporation | Unsec | 070  Percent Paid: 1.25479 % | $892.58 | $0.00 | $892.58 | $11.20 | $793.57 |
| 000006 | Recovery Management Systems Corporation | Unsec | 070  Percent Paid: 1.25437 % | $3,323.57 | $0.00 | $3,323.57 | $41.69 | $751.88 |
| 000007 | BB&T Bankruptcy | Unsec | 070  Percent Paid: 1.25874 % | $100.10 | $0.00 | $100.10 | $1.26 | $750.62 |
| 000008 | BB&T Bankruptcy | Unsec | 070  Percent Paid: 1.25435 % | $2,984.02 | $0.00 | $2,984.02 | $37.43 | $713.19 |
| 000009 | BB&T Bankruptcy | Unsec | 070  Percent Paid: 1.25450 % | $10,691.10 | $0.00 | $10,691.10 | $134.12 | $579.07 |
| 000010 | Chase Bank USA,N.A | Unsec | 070  Percent Paid: 1.25401 % | $838.91 | $0.00 | $838.91 | $10.52 | $568.55 |
| 000011 | Fia Card Services, NA/Bank of America | Unsec | 070  Percent Paid: 1.25451 % | $23,578.18 | $0.00 | $23,578.18 | $295.79 | $272.76 |
| 000012 | Fia Card Services, NA/Bank of America | Unsec | 070  Percent Paid: 1.25452 % | $21,742.26 | $0.00 | $21,742.26 | $272.76 | $0.00 |

*[signature]*   8/19/10

PROPDISA
Printed: 08/19/10 10:06 AM   Ver: 15.20

## PROPOSED DISTRIBUTION

Case Number: 5-09-52042   RK                                    Page  2                                            Date: August 19, 2010
Debtor Name: HALES, DONALD MARTIN \ HALES, GAYL ANNE

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $66,821.27 | $0.00 | $66,821.27 | $2,236.19 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.