Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re:                                              )
                                                    )
HALES, DONALD MARTIN                                )    Case No. 5-09-52042
HALES, GAYL ANNE                                    )
                                                    )
                                                    )
           Debtor(s)                                )    Chapter 7
                                                    )

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:  08/30/2010                          /s/ John G. Leake
                                           JOHN G. LEAKE
                                           P O Box 526
                                           Harrisonburg, VA 22803
                                           (540) 434-7425

Date: 08/30/10            DIVIDENDS REMITTED TO THE COURT          Page:

Case Number 5-09-52042 - HALES, DONALD MARTIN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Infosource Lp As Agent for World Financial Network National Bank As Brylane Home PO Box 248872 Oklahoma City, OK 73124-8872 | 000002 | 294.24 | 2.42 |
| Treasurer of Warren County P.O. Box 1540 Front Royal, VA 22630 | 000003A | 48.92 | 0.41 |
| Sprint Nextel Correspondence Attn Bankruptcy Dept PO Box 7949 Overland Park KS 66207-0949 | 000004 | 183.32 | 1.52 |
| BB&T Bankruptcy PO Box 1847 Wilson, NC 27894 | 000007 | 100.10 | 0.82 |
| ---------- Remittance Total --------------- | | 626.58 | 5.17 |

JOHN G. LEAKE, TRUSTEE

COURT1          Printed: 08/30/10 10:03 AM    Ver: 15.20